**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**


**IN THE MATTER OF**:

**Niculae Alexandru Pintea**

  **and**

**Case No. 07-42262**
**Chapter 13**

**Marie Pintea**

    **Debtors**

_____/


**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE**

      Macomb County Corporation Counsel, by Jill K. Smith, Assistant Corporation Counsel, enters its appearance on behalf of Creditor, Macomb County Treasurer with regards to all matters and proceedings in the above-captioned case, with counsel's name, office address and telephone number as follows:

> Jill K. Smith
> Assistant Corporation Counsel
> One S. Main Street, 8th Floor
> Mount Clemens, MI 48043
> (586) 469-6346
> (586) 307-8286 (fax)
> jill.smith@macombcountymi.gov

and requests that all notices required to be given under F.R.Bankr.P. 2002 be given to Macomb County Treasurer by due service upon its undersigned attorneys.

> /s/ Jill K. Smith
> Jill K. Smith (P35390)
> Assistant Corporation Counsel
> One S. Main Street, 8th Floor
> Mount Clemens, MI 48043
> 248-236-0621
> jill.smith@macombcountymi.gov