UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

Niculae Alexandru Pintea

  and

Marie Pintea

    Debtors
_____/

Case No. 07-42262
Chapter 13

## CERTIFICATE OF SERVICE

I certify that on February 12, 2007, I filed the Objections of Macomb County Treasurer to Confirmation of the Chapter 13 Plan with the Clerk of the Court using the ECF system which will send notification to the following:

Morris B. Lefkowitz mbl44@aol.com

David Wm Ruskin ecf-emails@det13.com

And I certify that I have mailed by the United States Postal Service the above-mentioned document to the following non-ECF participants:

None

<u>Jill K. Smith (P35390)</u>
Assistant Corporation Counsel
Macomb County Treasurer
One S. Main Street
Mount Clemens, Michigan 48043
(586) 469-6346
jill.smith@macombcountymi.gov