UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
NICULAE & MARIA PINTEA

CASE NO: 07-42262
CHAPTER: 13
JUDGE: MCIVOR

Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN  )
                   )ss.-
COUNTY OF OAKLAND  )

MORRIS B. LEFKOWITZ, being first duly sworn, deposes and says that on the __12th__ day of __February__, 2007 he did serve a copy of the Chapter 13 Plan, in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

Trustee:    David Ruskin, Chapter 13 Trustee, 26555 Evergreen Rd., Suite 1100, Southfield, MI 48076

And to all creditors listed on the attached matrix.

MORRIS B. LEFKOWITZ