UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
NICULAE & MARIA PINTEA

CASE NO: 07-42262
CHAPTER: 13
JUDGE: MCIVOR

Debtor(s).
_____/

## CERTIFICATE OF COMPLIANCE

STATE OF MICHIGAN    )
                     ) ss.-
COUNTY OF OAKLAND    )

MORRIS B. LEFKOWITZ, being first duly sworn, deposes and says that on the __12th__ day of __February__, 2007 he did serve a copy of:

1. COPIES OF ALL PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT RECEIVED BY THE DEBTOR WITHIN 60 DAYS BEFORE THE DATE OF FILING OF THE PEITION.

in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

Trustee:    David Ruskin, Chapter 13 Trustee, 26555 Evergreen Rd., Suite 1100, Southfield, MI 48076

_____
MORRIS B. LEFKOWITZ