# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-DETROIT

In re:
NICULAE A. PINTEA                         CASE NO:07-42262
                                          JUDGE: McIvor
SS#XXX-XX-8892                            CHAPTER : 13
            Debtor(s)
_____/

## **PAYMENT ORDER**

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(g)(E.D.M.),

IT IS HEREBY ORDERED that **DELTA TOOLING COMPANY (Payor")**, Attn: Payroll at **1350 HARMON RD., AUBURN HILLS, MI 48326** immediately forward and make payable to:

**CHAPTER 13 TRUSTEE**
**P.O.BOX 5816**
**TROY, MI 48007-5816**

**$805.84 per bi-weekly** of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

.

    Signed on February 13, 2007
                                  ____ __/s/ Marci B. McIvor_    ___
                                       Marci B. McIvor
                                       United States Bankruptcy Judge