UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
Niculae Alexandru Pintea
Maria Pintea

Debtors

CASE NO: BKS-07-42262-MBM
CHAPTER 13
JUDGE MARCI B. MCIVOR

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of a Payment Order was served,

by depositing a copy in the U.S. Mail, postage prepaid properly addressed as follows:

Delta Tooling
Attn Payroll
1350 Harmon Rd
Auburn Hills  MI 48326

Morris Lefkowitz
24100 Southfield Rd #203
Southfield  MI 48075

Dated: February 16, 2007

Office of the Chapter 13 Standing Trustee
/s/ ANGELA TYNER
_____
ANGELA TYNER
For Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Rd Ste 1100
Southfield MI  48076
Telephone: (248) 352-7755