CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX 75374
972/644-1127

Dated: 03/07/07

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
211 WEST FORT STREET
DETROIT, MI 48226

Re: Case #    07-42262-MBM

   Debtor    PINTEA, NICULAE ALEXANDRU

FILED 2007 MAR 22 A 11: 15 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Please correct the creditor's address on this case as shown below for all checks and notices.

   CHASE BANK USA,N.A.
   P.O. Box 740933
   Dallas, TX 75374

Thank you for your prompt attention.

_P. B. Mason_
Creditor's Authorized Agent