UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**COVER SHEET FOR AMENDMENTS**

CASE NAME **Niculae Alexandru Pintea**
**Maria Pintea**

CASE NUMBER **07-42262-mbm**

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

The purpose of this amendment is to:

☐ ADD CREDITORS TO SCHEDULE(S) _____. HOW MANY?___ (USE SECOND PAGE OF THIS FORM TO LIST CREDITORS ADDED).

☐ CORRECT THE ADDRESSES OF CREDITORS ALREADY LISTED ON THE SCHEDULES AND MATRIX PREVIOUSLY FILED. (USE SECOND PAGE OF THIS FORM).

☒ OTHER (Please explain) __**Amended Schedule J**__

**I declare under the penalty of perjury that the attached sheet it true and accurate.**

**/s/ Niculae Alexandru Pintea**
**Niculae Alexandru Pintea**
Debtor's Signature

**/s/ Maria Pintea**
**Maria Pintea**
Joint Debtor's Signature

Signed: **/s/ Morris B. Lefkowitz**

**Morris B. Lefkowitz P31335**
**24100 Southfield Road, Suite 203**
**Southfield, MI 48075**
**(248) 559-0180**
**MBL44@aol**

Official Form 6J (10/06)

In re **Niculae Alexandru Pintea**
**Maria Pintea**    Case No. **07-42262**
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|   a. Are real estate taxes included?    Yes ___    No **X** | |
|   b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 200.00 |
|                b. Water and sewer | $ 36.70 |
|                c. Telephone | $ 75.00 |
|                d. Other **Cell Phone** | $ 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ 40.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 180.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|        a. Homeowner's or renter's | $ 58.00 |
|        b. Life | $ 0.00 |
|        c. Health | $ 0.00 |
|        d. Auto | $ 101.89 |
|        e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|      (Specify) **City Taxes** | $ 318.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|        a. Auto | $ 0.00 |
|        b. Other | $ 0.00 |
|        c. Other | $ 0.00 |
|        d. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **misc** | $ 25.00 |
|      Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **1,684.59** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

___

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 4,028.87 |
| b. Average monthly expenses from Line 18 above | $ 1,684.59 |
| c. Monthly net income (a. minus b.) | $ 2,344.28 |