UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
NICULAE A. PINTEA            CASE NO:07-42262
MARIA PINTEA                 JUDGE: McIvor
                             CHAPTER : 13
　　　　Debtor(s).
_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                     )ss.
COUNTY OF OAKLAND    )

MORRIS B. LEFKOWITZ, being first duly sworn, deposes and says that on the  25th  day of  April,  2007 he did serve a copy of the Cover Sheet for Amendments, Amended Schedule J, in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

Trustee:        David Ruskin, Chapter 13 Trustee, 26555 Evergreen Rd., Suite 1100, Southfield, MI 48076


　　　　　　　　　　　　　　　　　　　　　　/s/ Morris Lefkowitz
　　　　　　　　　　　　　　　　　　　　　　MORRIS B. LEFKOWITZ