United States Bankruptcy Court
Eastern District of Michigan

In re: Niculae & Maria Pintea          Case No. 07-42262-mbm
                                                     Judge: McIvor
                   Debtor.                                      Chapter: 13
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. _x_ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

Dated: 04/27/07                              ___/s/ Morris B. Lefkowitz_____
                                                               Debtor's Attorney