UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Niculae Pintea                      CHAPTER 13
       Maria Pintea                      CASE NO: 07-42262
                Debtor(s).                 JUDGE: McIvor
_____/

## ORDER CONFIRMING PLAN

       The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

       Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

       IT IS FURTHER ORDERED that the claim of **Morris B. Lefkowitz**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000 in fees and $-0-in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 2,874.00 shall be paid by the Trustee as an administrative expense of this case.

       IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

       All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

       IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]
[x]      The Debtor(s)' Plan payments shall be increased to **$1,081.76** per **biweekly** effective the **3rd** day of **May**, 2007.
[x]      Macomb County Treasurer shall be paid as a Class 5 secured creditor in the amount of $7,584.44 plus interest at the rate of 12% per annum in monthly payments of $168.71 over 60 months

**Objections Withdrawn**
For Creditor  /s/ Jill K. Smith_____
**Macomb County Treasurer**


Approved:

__/s/ **David Wm. Ruskin**_____                           /s/ Motris B. Lefkowitz_____
Chapter 13 Standing Trustee                                   Attorney for Debtor(s)
                                                                                 24100 Southfield Road, Suite 203
                                                                                 Southfield, MI 48075
                                                                                 (248) 559-0180
                                                                                 Email: mbl44@aol.com
                                                                                 .

```
    Signed on May 08, 2007
                                   ____ __/s/ Marci B. McIvor_     ___
                                        Marci B. McIvor
                                        United States Bankruptcy Judge



    07-42262-mbm    Doc 25    Filed 05/08/07    Entered 05/09/07 10:45:40    Page 1 of 1
```