UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
NICULAE A. PINTEA

CASE NO:07-42262
JUDGE: McIvor
CHAPTER : 13

Debtor,
_____/

**STIPULATION TO AMEND DEBTOR'S PAYMENT ORDER**

The Chapter 13 Trustee and the Debtor through counsel, agree that the Debtor's payment order shall be amended as reflected by the terms of the proposed **FIRST AMENDED PAYMENT ORDER** attached here as Exhibit A.

Stipulated, and approved for entry:

_____
DAVID WM. RUSKIN (P26803)
Chapter 13 Trustee
26555 Evergreen Rd., Suite 1100
Southfield, MI 48076

Stipulated, and approved for entry:

_____
MORRIS B. LEFKOWITZ (P31335)
Attorney for Debtor
24100 Southfield Road, Suite 203
Southfield, MI 48075



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re:
NICULAE A. PINTEA

SS#XXX-XX-8892

Debtor(s)
_____/

CASE NO:07-42262
JUDGE: McIvor
CHAPTER : 13

### FIRST AMENDED
### PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon stipulation of the Debtor(s) and Chapter 13 Trustee pursuant to L.B.R. 1007-1(g)(E.D.M.).

IT IS HEREBY ORDERED that DELTA TOOLING COMPANY (Payor"), Attn: Payroll at 1350 HARMON RD.. AUBURN HILLS, MI 48326 immediately forward and make payable to:

**CHAPTER 13 TRUSTEE**
**P.O.BOX 5816**
**TROY, MI 48007-5816**

$1.081.76 per bi-weekly of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

"Exhibit A"