# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

In re:
NICULAE A. PINTEA                                   CASE NO:07-42262
                                                    JUDGE: McIvor
SS#XXX-XX-8892                                      CHAPTER : 13
        Debtor(s)
_____/

## FIRST AMENDED
## PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon stipulation of the Debtor(s) and Chapter 13 Trustee pursuant to L.B.R. 1007-1(g)(E.D.M.),

IT IS HEREBY ORDERED that DELTA TOOLING COMPANY (Payor"), Attn: Payroll at 1350 HARMON RD., AUBURN HILLS, MI 48326 immediately forward and make payable to:

## CHAPTER 13 TRUSTEE
## P.O.BOX 5816
## TROY, MI 48007-5816

$1,081.76 per bi-weekly of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

.

Signed on June 20, 2007

                                    ____ __/s/ Marci B. McIvor_     ___
                                         Marci B. McIvor
                                         United States Bankruptcy Judge