UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re: Niculae & Maria Pintea

Debtor
_____/

Chapter 13
CASE NO 07-42262 -McIvor
HON. Marci B. McIvor

### NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

Debtors, by and through their attorney, MORRIS B. LEFKOWITZ, requests that their Chapter 13 case be converted to a case under Chapter 7 pursuant to 11 USC 1307.

LAW OFFICES OF MORRIS B. LEFKOWITZ

/s/ M-B.
MORRIS B. LEFKOWITZ (P31335)
Attorney for Debtor
24100 Southfield Rd., Ste.203
Southfield, MI 48075
(248) 559-0180

Dated: June 21, 2007