UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re  NICULAE A PINTEA II            Case No.    07-42262-MBM

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | HSBC Bank Nevada NA / HSBC Card Services III |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

  eCAST Settlement Corporation
  POB 35480
  Newark NJ 07193-5480

Court Claim # (if known):   12
Amount of Claim:   354.32
Date Claim Filed:   05/14/2007

Phone:   610-644-7800
Last Four of Acct #:   5389
Last Four of Alternate Acct #: _____

Phone:   702-243-1678
Last Four of Acct #:   5389
Last Four of Alternate Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Alane A. Becket                    Date:   07/20/2007
  Alane A. Becket, Esquire, PA65451
  Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.