UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
NICULAE & MARIA PINTEA

CASE NO: 07-42262
CHAPTER: 7
JUDGE: McIVOR

Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN  )
                   )ss.-
COUNTY OF OAKLAND  )

MORRIS B. LEFKOWITZ, being first duly sworn, deposes and says that on the __31st__ day of __July__, 2007 he did serve a copy of:

1. COPY OF THE FEDERAL INCOME TAX RETURN OR TRANSCRIPT OF SAME REQUIRED UNDER APPLICABLE LAW FOR THE MOST RECENT TAX YEAR ENDING IMMEDIATELY BEFORE THE COMMENCEMENT OF THE CASE AND PRIOR YEAR

in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

Trustee:   Gene Kohut, Chapter 7 Trustee, 21 Kercheval Avenue, Suite 285, Grosse Pointe Farms, MI 48236

MORRIS B. LEFKOWITZ