Form corfstmtg

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **07−42262−mbm**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Niculae Alexandru Pintea            Maria Pintea
  52695 Schnoor Street              52695 Schnoor Street
  New Baltimore, MI 48047         New Baltimore, MI 48047

Social Security No.:
  xxx−xx−8892                        xxx−xx−8918

Employer's Tax I.D. No.:

### NOTICE OF CORRECTION OF NOTICE OF MEETING OF CREDITORS

To the Creditors of the above named Debtor(s):

There was an error in the Notice of Meeting of Creditors dated July 26, 2007 . **Notice of Correction of Notice of First Meeting of Creditors Re: TRUSTEE NOT AVAILABLE ON ORIGINAL 341 MEETING DATE. 341(a) meeting to be held on 9/12/2007 at 03:00 PM at Room 315, 211 W. Fort St. Bldg., Detroit 341. (boggs, cheryl)**

Dated: 8/1/07

                                        BY THE COURT

                                        Katherine B. Gullo , Clerk of Court
                                        UNITED STATES BANKRUPTCY COURT