IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

IN RE: NICULAE ALEXANDRU PINTEA : CHAPTER: 7
      MARIA PINTEA :
      AKA:HICULAE A PINTEA :
      : BANKRUPTCY NO: 07-42262-MBM

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent is:

**eCAST Settlement Corporation**
**POB 35480**
**Newark NJ 07193-5480**

By: /s/Gilbert B. Weisman
    Gilbert B Weisman Esquire PA59872
    Becket and Lee LLP Attorneys Agent
    POB 3001
    MALVERN PA 19355-0701
    PHONE: (610) 644-7800
    FAX : (610) 993-8493
    EMAIL: notices@becket-lee.com

    DATE: August 23, 2007

PET: 06/21/2007