UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
NICULAE A. PINTEA                       CASE NO:07-42262
MARIA PINTEA                            JUDGE: McIvor
                                        CHAPTER : 7
        Debtor(s).
_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                     )ss.
COUNTY OF OAKLAND    )

   MORRIS B. LEFKOWITZ, being first duly sworn, deposes and says that on the 7th day of September, 2007 he did serve a copy of the Cover Sheet for Amendments, Amended Schedules I, J, and Statement of Intentions, in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:


Trustee:          Gene R. Kohut, Chapter 7 Trustee, 21 Kercheval Avenue, Suite 285
                  Grosse Pointe Farms, MI 48236



                              /s/ Morris Lefkowitz
                              MORRIS B. LEFKOWITZ