IN RE: Niculae Alexandru Pintea  
52695 Schnoor Street  
New Baltimore, MI 48047

Case No.: 07-42262-MBM  
Judge: MARCI B. MCIVOR

TRUSTEE'S FINAL ACCOUNTING AND REPORT AND PROOF OF SERVICE

CONVERTED TO CHAPTER 7 AFTER CONF

SSN#1 - XXX-XX-8892  
SSN#2 - XXX-XX-8918

This Case was commenced on 02/05/2007

The Plan was Confirmed on 05/08/2007

The Case was concluded on 06/21/2007

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors: $8,610.24

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ASPIRE VISA CARD SERVICES | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BK | UNSECURED | 421.70 | 0.00 | 0.00 | 42.17 |
| CHASE BANK USA KOHLS | UNSECURED | 568.13 | 0.00 | 0.00 | 56.81 |
| DISCOVER BANK | UNSECURED | 8,040.79 | 0.00 | 0.00 | 804.08 |
| ECAST SETTLEMENT CORP TR FR HSBC | UNSECURED | 3,275.34 | 0.00 | 0.00 | 327.53 |
| ECAST SETTLEMENT CORP HOME DEPOT | UNSECURED | 1,909.00 | 0.00 | 0.00 | 190.90 |
| ECAST SETTLEMENT CORP TR FR HSBC | UNSECURED | 354.32 | 0.00 | 0.00 | 35.43 |
| ECAST SETTLEMENT CORP MERVYNS | UNSECURED | 461.96 | 0.00 | 0.00 | 46.20 |
| ECAST SETTLEMENT CORP CHASE | UNSECURED | 497.59 | 0.00 | 0.00 | 49.76 |
| ECAST SETTLEMENT CORP CHASE | UNSECURED | 2,266.06 | 0.00 | 0.00 | 226.61 |
| HOMECOMINGS FINANCIAL NETWORK NOA/JPMORGAN CHASE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| HOUSEHOLD BANK/ECAST ART VAN | UNSECURED | 2,366.48 | 0.00 | 0.00 | 236.65 |
| HOUSEHOLD BANK/ECAST ADDED/ART VAN | UNSECURED | 4,492.36 | 0.00 | 0.00 | 449.24 |
| JP MORGAN CHASE | ARREARAGE | 11,685.26 | 0.00 | 0.00 | 11,685.26 |
| JP MORGAN CHASE 52695 SCHNOOR | CURR MTG | 0.00 | 3,314.86 | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR SAMPSON | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC SEARS/CITIBANK | UNSECURED | 4,507.01 | 0.00 | 0.00 | 450.70 |
| LVNV FUNDING LLC CHOICE VISA/CITIBANK | UNSECURED | 692.96 | 0.00 | 0.00 | 69.30 |

CASE NO: 07-42262-MBM    Niculae Alexandru Pintea and Maria Pintea

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| MACOMB COUNTY TREASURER NOA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MACOMB COUNTY TREASURER 52695 SCHNOOR/OCP** | PROP TAX | 7,584.44 | 0.00 | 0.00 | 7,736.12 |
| Niculae Alexandru Pintea | REFUND | 2,163.52 | 2,163.52 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL |  |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 22,584.56 | 0.00 | 29,853.70 | | 2,163.52 | 54,601.78 | TOTAL PAID |
| PRIN. PAID | 3,314.86 | 0.00 | 0.00 | | 2,163.52 | 5,478.38 | PRIN. AND INT. |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | 5,478.38 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTORS' ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| MORRIS LEFKOWITZ | 2,874.00 | 2,874.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST |  |
|---|---|---|---|
| 0.00 | 257.86 | 0.00 | 257.86 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging David Wm. Ruskin as Trustee and releasing David Wm. Ruskin and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 09/25/2007

/s/ David Wm. Ruskin
David Wm. Ruskin

CASE NO:  07-42262-MBM          Niculae Alexandru Pintea and Maria Pintea

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of this document was mailed to the following by First Class Mail:

Niculae Alexandru Pintea
52695 Schnoor Street
New Baltimore,  MI  48047

I hereby certify that on the date indicated below, a copy of this document was filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Morris Lefkowitz | United States Trustee |
| 24100 Southfield Rd #203 | 211 West Fort Street Ste 700 |
| Southfield  MI 48075 | Detroit MI  48226 |

DATED: September 25, 2007                    /s/ Jayme L. Clark

Jayme L. Clark
Office of the Ch. 13 Standing Trustee - David Wm. Ruskin
26555 Evergreen Road
Suite 1100
Southfield, MI  48076
(248)352-7755