# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

Niculae A Pintea  
Maria Pintea

Chapter 7  
Case No. 07-42262  
Honorable Marci B. McIvor

Debtor(s)

/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

    Movant, The Bank of New York Trust Company, N.A., as successor by merger to JPMorgan Chase Bank as Trustee c/o Residential Funding Corporation it's successors and or assigns, by and through its attorneys, Orlans Associates, P.C., having filed a Motion for Relief from the Automatic Stay with respect to the property located at 52695 Schnoor Street, New Baltimore, MI 48047; and the Court being in receipt of the Motion and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the Automatic Stay as to secured creditor, The Bank of New York Trust Company, N.A., as successor by merger to JPMorgan Chase Bank as Trustee c/o Residential Funding Corporation it's successors and or assigns, relative to the property located at 52695 Schnoor Street, New Baltimore, MI 48047 is hereby lifted, and that entry of the order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United State Bankruptcy Code.

Date: _____   By: _____  
                                                                 U.S. Bankruptcy Judge

Prepared By:  
Heather M. Dickow P64757  
Orlans Associates  
Attorneys for The Bank of New York Trust  
Company, N.A., as successor by merger to  
JPMorgan Chase Bank as Trustee c/o Residential  
Funding Corporation  it's successors and or assigns  
P.O. Box 5041  
Troy, MI 48007-5041  
File Number:  207.6712

## EXHIBIT "A"