In re:
Niculae A Pintea                              Chapter 7
Maria Pintea                                  Case No. 07-42262
                                              Honorable Marci B. McIvor
                    Debtor(s)
_____/

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Bank of New York Trust Company, N.A., as successor by merger to JPMorgan Chase Bank as Trustee c/o Residential Funding Corporation it's successors and or assigns has filed papers with the court to lift the automatic stay.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to lift the automatic stay, or if you want the court to consider your views on the Motion for Relief from the Automatic Stay, you or your attorney must:

File with the court a written response or an answer[1] **on or before 15 days from the date of service of this Motion and Notice**, explaining your position at:

United States Bankruptcy Court
211 West Fort Street
Detroit, MI  48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date state above.  You must also mail copies to:

Kohut, Gene R.                              Orlans Associates PC
21 Kercheval Ave.                           P.O. Box 5041
Suite 285                                   Troy, MI 48007-5041
Grosse Pointe Farms, MI 48236-3634

If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:     October 19, 2007

                              By:    /s/ Heather M. Dickow P64757
                                     Orlans Associates, P.C.
                                     Attorneys for The Bank of New York Trust
                                     Company, N.A., as successor by merger to
                                     JPMorgan Chase Bank as Trustee c/o
                                     Residential Funding Corporation  it's
                                     successors and or assigns
                                     P.O. Box 5041
                                     Troy, MI 48007
                                     (248) 457-1000
                                     File Number:  207.6712

[1] Response or answer must comply with F.R. Civ.P. 8(b), (c) and (e).